STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

R. Michael Moity Jr.
The Moity Law Firm
340 Weeks St.
New Iberia LA 70560

REHEARING ACTION: June 18, 2010

**Docket Number: 10  00335-KW**

**STATE OF LOUISIANA**
**VERSUS**
**TY LEBLANC**

**Writ Application from Vermilion Parish Case No. 2009CR50825**

<u>**BEFORE JUDGES**</u>**:**

>   **Hon. John D. Saunders**
>   **Hon. Marc T. Amy**
>   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ty LeBlanc** has this day been

>   **DENIED.**
>   Saunders, J., would grant.

cc: Michael Harson, Counsel for the Respondent